UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

THOMAS M. SCLAFANI,

    Plaintiff,

v.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____/

# COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA"), and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §§1331, 1337, 1367 and 15 U.S.C. §1692k. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.    Plaintiff, THOMAS M. SCLAFANI, is a natural person, and citizen of the State of Florida, residing in Broward County, Florida.

4. Defendant, FIRSTSOURCE ADVANTAGE, LLC, is a limited liability company. All of its members are citizens of the State of New York with its principal place of business at 205 Bryant Woods South, Amherst, New York 14228.

5. Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6. Defendant regularly collects or attempts to collect debts for other parties.

7. Defendant is a "debt collector" as defined in the FDCPA.

8. Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9. Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10. Defendant left the following message on Plaintiff's voice mail on his cellular telephone and residential telephone on or about the dates stated:

> May 10, 2010 – Home Phone
> Hi, this message is for Thomas. Thomas, this is Krista calling from Firstsource Advantage, LLC. It is important that you return my call. The number to reach me at is 1-888-446-8457, reference number: 15650444.
>
> May 12, 2010 at 9:14 AM – Cellular Phone
> This is a very important message for uh, Thomas Sclafani. My name is Chris calling from Firstsource Advantage, a debt collection company. This is an

2

attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in sir, I do need for you to refer to your reference number here 15650444. Thank you.

May 12, 2010 – Home Phone
It's a very important message here meant solely for Thomas Sclafani. Mr. Sclafani, my name is Chris calling from Firstsource Advantage, a debt collection company. Sir, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, sir, I do need for you to refer to your reference number of 15650444. Thank you.

May 19, 2010 at 10:46 AM – Cellular Phone
This is a very important message for Thomas uh, Sclafani. My name is Chris calling from Firstsource Advantage, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, I do need for you to refer to your reference number here of 15650444. Thank you.

May 19, 2010 – Home Phone
It's a very important message here for Thomas Sclafani. My name is Chris calling from Firstsource Advantage, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, I do need for you to refer to your reference number: 15650444. Thank you.

May 20, 2010 at 8:49 AM – Cellular Phone
This is a very important message here for uh, Thomas Sclafani. Mr. Sclafani, my name is Chris calling from Firstsource Advantage, a debt collection company. Sir, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, I do need for you to refer to your reference number here of 15650444. Thank you.

May 20, 2010 – Home Phone
This is a very important message here for Thomas Sclafani. Mr. Sclafani, my name is Chris calling from Firstsource Advantage, a debt collection

company. Sir, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, I do need for you to refer to your reference number: 015650444. Thank you.

<u>May 21, 2010 at 11:08 AM – Cellular Phone</u>
This is a very important message here meant solely for Thomas Sclafani. Mr. Sclafani, my name is Chris calling from Firstsource Advantage, a debt collection company. Sir, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, I do need for you to refer to your reference number here of 15650444. Thank you.

<u>May 21, 2010 – Home Phone</u>
This is a very important message here for, uh, Thomas Sclafani. Mr. Sclafani, my name is Chris calling from Firstsource Advantage, a debt collection company. Sir, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, sir, I do need for you to refer to your reference number of 15650444. Thank you.

<u>May 25, 2010 – Home Phone</u>
It's a very important message here for Thomas Sclafani. Mr. Sclafani, my name is Chris calling from Firstsource Advantage, a debt collection company. Mr. Sclafani, this is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact me here toll-free at 1-888-446-8457. When calling in, please refer to your reference number here of 15650444.

<u>June 4, 2010 at 8:26 AM – Cellular Phone</u>
This is a confidential and very important message meant solely for Thomas Scalafani. The law requires I notify you my name is Jenny and I'm calling from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me toll-free at 888-446-8457. When calling, please refer to reference number 15650444. Our office will be open until 9 PM Eastern Standard Time. Thank you.

<u>June 8, 2010 at 6:49 PM – Cellular Phone</u>

This is a confidential and very important message meant solely for Thomas Scalafani. The law requires I notify you my name is Jenny and I'm calling from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me toll-free at 888-446-8457. When calling, refer to reference number 15650444. Our office will be open until 9 PM Eastern Standard Time. Thank you.

June 12, 2010 at 9:20 AM – Cellular Phone
This is a confidential and very important message meant solely for Thomas Scalafani. The law requires I notify you my name is Jenny and I'm calling from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me toll-free at 888-446-8457. When calling, please refer to reference number 15650444. Our office will be open until 9 PM Eastern Standard Time. Thank you.

June 12, 2010 – Home Phone
This is a confidential and very important message solely for Thomas Sclafani. The law requires I notify you that my name is Jemy and I'm calling from Firstsource Advantage LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me toll-free at 888-446-8457. When calling, refer to reference number: 15650444. Our office will be open until 9 PM Eastern Standard Time. Thank you.

June 21, 2010 – Home Phone
This is a confidential and very important message meant solely for Thomas Sclafani. The law requires I notify you my name is Jenny and I'm calling from Firstsource Advantage LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call me toll-free at 888-446-8457. When calling, please refer to reference number: 15650444. Our office will be open until 9 PM Eastern Standard Time. Thank you.

July 7, 2010 at 1:50 PM – Cellular Phone
This is a confidential and very important message meant solely for Thomas Scalafani. The law requires I notify you my name is Jenny and I'm calling from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that

purpose. Please call me toll-free at 888-446-8457. When calling, refer to reference number 15650444. Our office will be open until 9 PM Eastern Standard Time. Thank you.

July 9, 2010 at 8:45 AM – Cellular Phone
A confidential and important message meant solely for Thomas Sclafani. The law requires I notify you my name is Deon Bedford, I'm contacting you from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Call us toll-free at 888-446-8457. When calling back, refer to reference number 15650444. Our office will be open until 9 o'clock PM.

July 12, 2010 at 8:54 AM – Cellular Phone
Confidential and very important message meant solely for Thomas Sclafani. This call. It's very important that you return my call. Call me toll-free at 888-446-8457. When calling back, refer to reference number 15650444. Our office will be open until 9 o'clock PM. Thank you.

July 15, 2010 at 5:44 PM – Home Phone
This message is for Thomas Sclafani. My name's Deon Bedford, contacting you from Firstsource Advantage, LLC. It's very important that you return my call. Call me toll-free at 888-446-8457. When calling back, refer to reference number: 15650444. Our office will be open til 9 o'clock PM. Thank you.

July 28, 2010 at 10:38 AM – Cellular Phone
This is a confidential and important message meant solely for Thomas Sclafani. The law requires we notify you my name is Deon Bedford, contacting you from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for the purpose. Call us toll-free at 888-446-8457. When calling back, please refer to reference number 15650444. Our office will be open until 9 o'clock PM.

August 2, 2010 at 8:36 AM – Cellular Phone
This is a confidential and important message meant solely for Thomas Sclafani. The law requires we notify you my name is Deon Bedford, contacting you from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt, any information obtained will be used for that purpose. Call us toll-free at 888-446-8457. When calling

back, refer to reference number: 15650444. Our office will be open until 9 o'clock PM.

August 6, 2010 at 8:53 AM – Cellular Phone
This is a confidential and important message meant solely for Thomas Sclafani. The law requires I notify you that my name is Mr. Dumay calling from the office of Firstsource Advantage, LLC, a debt collection agency. Mr. Sclafani, my name uh, this call, uh, this is an attempt to collect a debt, any information obtained will be used for that purpose. Please call me toll-free at 1-888-446-8457. Refer to reference number: 15650444. The office will be open until 9 PM, 9 PM Eastern Standard Time or reach us online at www.fsapay.com. Thank you.

August 6, 2010 at 8:54 AM – Cellular Phone
This is a confidential and important message meant solely for Sophia Cordero. The law requires I notify you that my name is Mr. Dumay calling from the office of Firstsource Advantage, LLC, a debt collection agency. This is an attempt to collect a debt, any information obtained will be used for that purpose. Please call me toll-free at 1-888-446-8457 and refer to reference number: 15647007. The office will be open until 9 PM Eastern Standard Time or reach us online at www.fsapay.com.

September 8, 2010 at 7:26 PM – Home Phone – Pre-Recorded Message
This is a confidential and important message solely for Thomas Scalfani. If you are not Thomas Sclafani, do not listen to this message. By continuing to listen to this message, you acknowledge you are Thomas Sclafani. The law requires that we notify you that this is a call from Firstsource Advantage, LLC, a debt collection company. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please call our office toll-free today at 888-737-4709 and refer to reference number: 15650444 or visit us online at www.fsapay.com. Goodbye.

September 10, 2010 – Home Phone
Hello, this message is for Thomas Sclafani. This is Brian calling from Firstsource Advantage, LLC. It's very important that you do return my call. Call me toll-free at 1-888-446-8457. Please refer to reference number: 15650444. Our office will be open tonight until 9 PM Eastern Standard Time or you can reach us tomorrow morning beginning at 8 AM Eastern Standard. Thank you.

September 14, 2010 at 7:53 PM – Home Phone
Hello, this message is for Thomas Sclafani. This is Brian calling from Firstsource Advantage, LLC. It's very important that you return my call. Call me toll-free at 1-888-446-8457. Please refer to reference number: 15650444. Our office will be open tonight until 9 PM Eastern Standard Time or call us tomorrow morning beginning at 8 AM Eastern Standard. Thanks.

September 23, 2010 at 8:29 AM – Home Phone
Hello, this message is for Thomas Sclafani. This is Brian calling from Firstsource Advantage, LLC. It's very important that you do return my call. Call me toll-free at 1-888-446-8457. Please refer to reference number: 15650444. Our office will be open tonight until 9 PM Eastern Standard Time or you can reach us tomorrow morning beginning at 8 AM Eastern Standard. Thanks.

11. Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2). See *Berg v. Merchs. Ass'n Collection Div.*, Case No. 08-60660-Civ-Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13. Defendant failed to inform Plaintiff in the messages that the communication was from a debt collector and failed to disclose the purpose of Defendant's messages.

14. Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

15. None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

16. Defendant willfully or knowingly violated the TCPA.

8

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

17.   Plaintiff incorporates Paragraphs 1 through 16.

18.   Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See <u>Foti v. NCO Fin. Sys</u>., 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and <u>Belin v. Litton Loan Servicing</u>, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and <u>Leyse v. Corporate Collection Servs</u>., 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.   Damages;

    b.   Attorney's fees, litigation expenses and costs of suit; and

    c.   Such other or further relief as the Court deems proper.

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

19.   Plaintiff incorporates Paragraphs 1 through 16.

20.   Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See <u>Valencia v The Affiliated Group, Inc</u>., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008);

Wright v. Credit Bureau of Georgia, Inc., 548 F. Supp. 591, 593 (D. Ga. 1982); and Hosseinzadeh v. M.R.S. Assocs., 387 F. Supp. 2d 1104 (D. Cal. 2005).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    Attorney's fees, litigation expenses and costs of suit; and

    c.    Such other or further relief as the Court deems proper.

## COUNT III
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21. Plaintiff incorporates Paragraphs 1 through 16.

22. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice; and

     d.     Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
>     Donald A. Yarbrough, Esq.
>     Florida Bar No. 0158658