UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-62090-CIV-COHN/Seltzer

THOMAS M. SCLAFANI,

      Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,

      Defendant.
_____/

## **FINAL JUDGMENT**

**THIS CAUSE** came before the Court upon Plaintiff's Notice of Acceptance of Defendant's Offer of Judgment [DE 7] and Plaintiff's Motion for Entry of Final Judgment [DE 8].  As Plaintiff has accepted Defendant's Offer of Judgment pursuant to Rule 68, the Court enters judgment in accordance with the parties' agreement.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiff, Thomas M. Sclafani, and against Defendant, Firstsource Advantage, LLC, and Thomas M. Sclafani shall recover $1,000.00 with respect to Plaintiff's claims under the Fair Debt Collection Practices Act, plus an additional amount for Plaintiff's reasonable attorney fees and costs incurred by Plaintiff;

2. The Court reserves jurisdiction to determine the attorney fees and costs should the parties be unable to resolve the matter;

3. Plaintiff's claim under the Telephone Consumer Protection Act is hereby dismissed without prejudice;

4. The Clerk may **CLOSE** this case and any pending motions are **DENIED as**

**moot**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 28th day of November, 2011.

*[signature]*
JAMES I. COHN
United States District Judge

copies to:     Counsel of record on CM/ECF