UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 11-62090-CIV-COHN/Seltzer

THOMAS M. SCLAFANI,

    Plaintiff,

vs.

FIRSTSOURCE ADVANTAGE, LLC,

    Defendant.
_____/

## FINAL JUDGMENT TAXING FEES AND COSTS

**THIS CAUSE** came on before the Court upon the court's separately entered order granting in part Plaintiff's Verified Motion for Attorney's Fees and Costs. Accordingly, it is **ORDERED AND ADJUDGED** that Judgment for fees and costs is hereby entered in favor of Thomas M. Sclafani, and against Defendant Firstsource Advantage, LLC, and Plaintiff Thomas M. Sclafani shall recover $2,092.75 (consisting of $1,712.75 in fees and $380.00 in costs), plus interest thereon at the rate of 0.18% per annum from the date of this Final Judgment, for which let execution issue.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of March, 2012.

_____
JAMES I. COHN
United States District Judge

copies to:
counsel of record on CM/ECF